# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:20-CR-00182(1)-ADA |
| | § | |
| (1) CHRISTOPHER KELSO | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  April 24, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) CHRISTOPHER KELSO, which alleged that Kelso violated a condition of his supervised release and recommended that Kelso 's supervised release be revoked (Clerk's  Document No. 97).  A warrant issued and Kelso was arrested.  On May 30, 2025, Kelso appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Kelso appeared before the magistrate judge on June 10, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on June 10, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Kelso, the magistrate judge recommends that this court revoke

Kelso supervised release and that Kelso be sentenced to imprisonment for FOUR (4) months, with no term supervised release to follow the term of imprisonment, and that he be given credit for the time he has been in federal custody (Clerk's Document No. 110).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On June 10, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 109). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 110 )  is

hereby  ACCEPTED AND ADOPTED by this court.

    **IT IS FURTHER ORDERED** that Defendant  (1) CHRISTOPHER KELSO's

term of supervised  release is hereby REVOKED.

    **IT IS FURTHER  ORDERED** that Defendant (1) CHRISTOPHER KELSO be

imprisoned for  FOUR (4) months with no term of supervised release, and that he be given credit

for the time he has been in federal custody.


    Signed this 12th day of June, 2025.


_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE